IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 2:07CR100-WAP-DAS

ADRIAN MCKAY and
RANDI GAYDEN

## **ORDER**

This matter is before the court on motion of the government to unseal the indictment (# 4). With its motion the government explains the defendants have been convicted in state court on similar charges, and it moves to unseal the indictment to dismiss the action. After considering the matter, the court finds the motion to be well taken.

IT IS THEREFORE ORDERED that the government's motion to unseal the indictment (# 4) is hereby GRANTED.

SO ORDERED, this the 16th day of January 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE